IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

PHILLIPPI S. LOWE, Pro Se
    Plaintiff

vs.

Case No. 2:07cv450 - ID
Jury demand

UNITED STATES
    Defendant.

## COMPLAINT

<u>U.S. Judges, Clerks, and other governmental Employees operating in the scope of their employment conspired to beyond a reasonable doubt to illegally involved U S war veteran Plaintiff Phillippi S. Lowe and used his pro se claims in their criminal acts of violating Federal Statutes enacted by U.S. Congress to attack using race as grounds the Black Civil Rights Law Firm of Chestnut, Sanders, Sanders, Pettaway, and Campbell, and then deprived Plaintiff of the same usage of a U.S. Constitutional guaranteed right, law, statute, ordinance, custom privilege, and immunity guaranteed by USA Constitution in all Plaintiff others pro se legal action file against white defendants. United States and the State of Alabama, Judges Clerks and etc. employees had no legal right to illegally involved Plaintiff and his usage of a U.S. Constitutional guaranteed legal Right to commit U.S. Federal violation.</u>

### Jurisdiction

The Jurisdiction of this Court is involved under this being an action mandated and authorized by U.S. Federal Law to redress the deprivation under color of Federal/State law, statute, ordinance, regulation, custom, or usage of a right, privilege, and immunity guaranteed by First, Fifth, Fourth, and Fourteenth Amendment of the USA Constitutions.

### Statement of the Facts

Come now Plaintiff Phillippi S. Lowe and propounds to this U.S. Federal Court for the Middle District of Alabama and demand according to U.S. law $13,000,000.00

(Thirteen Million Dollars) for being deprive of and having his U.S. Constitutional guaranteed Rights, Federal and State Rules of Court procedure illegally used to commit U.S. Federal Statute violation enacted by U.S. Congress to attack the Black Civil Right Law Firm of Chestnut, Sanders, Sanders, Pettaway, and Campbell and then deprived Plaintiff of this same usage of a U.S. Constitutional guaranteed right, law, privilege and etc. against white defendants that caused Plaintiff Phillippi S. Lowe grievous hardship, damages, lost, and years of suffering that was willful and intentionally inflicted on Plaintiff by the illegal acts of U.S. Judges, Clerks and other U.S. Employees operating in the scope of their employment, for this demand Plaintiff will show: [see Plaintiff U.S. cases documented and filed in The U.S. Court of Federal Claims, U.S. Federal Court for the Middle and Southern District of Alabama, U.S. District Court for the Northern District of Florida, and U.S. District Court for the District of Columbia ]. Plaintiff further show: the Honorable Susan G. Braden, a Judge in the United States Court of Federal Claims, her staff, their Clerks administered equitable justice, [as would be expected from any United States of America Judges, Clerks] in association with Plaintiff in the usage of his USA Constitutional guaranteed rights, ordinance, custom, privilege, Federal Rules of Court procedure and etc., and was in full compliance of Federal Statutes, USA Federal Rules of Court procedure and legally dismissed Plaintiff cause of action without violating any of Plaintiff USA Constitutional guaranteed usage of a right. Even the Attorney for Defendant in that case afforded Plaintiff respect as an American Citizen exercising his usage of a U.S. Rights. Plaintiff should have received the same equal protection of law, due process of law from all U.S. Judges, Clerk, and etc. Wherefore

Plaintiff demand for this deprivation and illegal usage of his U.S. Constitutional Rights $13,000,000.0 ( Thirteen million dollars ) for this deprivation, that resulted in damages, lost, and years of grievous hardship damages, lost that include attempted murder, land /house stolen, car stolen, Police terrorism /stalking, abuse of process, US mail fraud, across state lines terrorism, conspiracy, discrimination, betrayal of a public trust, homelessness, slander, stalking, business slander, suppression of evidence, libel, aiding in felony criminal coercion, and etc.. To ensure USA Public good and welfare as was designed by the Administrative Procedure Act [APA] of 1946 in response to [ at that time, that is on the rise again ] the increasing resentment by U.S. Public of Adjudicative Proceeding of individuals rights by Judges, Law Enforcer, and etc. Now if the Honorable USA Judge Susan G. Braden, her Staff, U.S. Clerks for the U.S. Federal Court of Claims could administer equity justice [according to U.S. Federal Statutes] legally and honorably. As a matter of law Plaintiff should have received the same equal protection, due process of law from all U.S. Judges, which Plaintiff was deprive of. Considering the foregoing, the documented legal evidence of clear and convincing facts, beyond a reasonable doubt, that Plaintiff was deprived of his U.S. Constitutional guaranteed usage of a right. U.S. Federal laws mandates for good cause shown. Plaintiff should be awarded $13,000,000 (Thirteen Million Dollars) from Defendant The United States for the Federal Laws violated by its employees operating in the scope of their employment.

Respectfully submitted

Phillippi S. Lowe
P.O. Box 368
Evergreen, AL 36401
334-284-6888

Defendant can be served at:

United State Attorney General
Hon. Alberto Gonzales
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

U.S. Secretary of State
Dr. Condoleezza Rice
U.S. Dept. of State
2201 C Street N.W.
Washington, D.C. 20520

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been serviced by placing same in the U.S. Mail, postage prepaid and properly address as following:

The Law Firm of Chestnut, Sanders,
Sanders, Pettaway, and Campbell
One Union Street
P. O. Box 1290
Selma, AL 36702

House Speaker
Hon. Nancy Pelosi
154 Russell Senate Office Building
Washington, D.C. 20510

United State Dept. of Justice
Civil Rights Division Criminal Section
950 Pennsylvania Ave.
Washington, D. C. 20530

United States Court of Federal Claims
717 Madison Place, N.W.
Washington, D.C. 20005

ANUJ VOHRA
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Dept. of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL. 36104