IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PHILLIPI S. LOWE,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )        CIVIL ACTION NO. 2:07cv450-ID
                                     )
UNITED STATES,                       )
                                     )
        Defendant.                   )

**ORDER**

Upon CONSIDERATION of Plaintiff's motion seeking to proceed *in forma pauperis* in this action (Doc. # 2), it is ORDERED that said motion be and the same is hereby GRANTED.

Done this 23rd day of May, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE