THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

PHILLIPPI S. LOWE, Pro Se,
Plaintiff

vs.                                     CASE NO. 2:07cv450-ID

UNITED STATE
Defendant.

## MOTION NOTICE OF APPEAL

Appeal from the U.S. Middle District Court of Alabama: Case No. 2:07cv450-ID to the U.S. Supreme Court that was dismissed on sovereign immunity [sustain] beyond a reasonable doubt that [ill training] of U.S. Judges, Clerks and Police. resulted in US Constitutional deprivation and illegally involving Plaintiff (US war era Veteran) usage of a U.S. Constitutional guaranteed right to commit Federal violation (under color of law) of statutes enacted by U.S. Congress to illegally attack the Black Civil Right Law Firm of Chestnut, Sanders, Sanders, Pettaway and Campbell [ill training] of US Judges cause millions of dollars in damage and lost to ElecChem New Space and Medical Technology, CFS Film and Electronics, SEED Association that stem more death of innocent American on public highways, cause more American Soldiers death on the battle fields of Iraq. US Judges, Clerks, and Police target certain American Black, White, Rich, Poor and Famous recently X-Governor Don Siegleman, Paris Hilton, Vivian Fox, and etc.. U.S. Court of Federal Claim Judge the honorable Susan G. Braden, her staff, their clerks, and etc. administered equitable justice to Plaintiff in his usage of a U.S. guaranteed right, all U.S. Judges should have rendered Plaintiff the same. [see herein exhibited case file in U.S. Court Florida]

Come now Plaintiff U.S. war Veteran Phillippi S. Lowe and place this motion as authorize by the Federal Statutes enacted by U.S. Congress, the Federal Rules of court procedure and etc. that mandates this notice of appeal from U.S. Middle Court of Alabama to the U.S. Supreme Court to redress the illegal acts of Federal violation that continue [under the color of U.S. law committed] by U.S. Judges, U.S. Clerks U.S. Law Enforcers, and other U.S. Governmental employees operating in the scope of their employment did conspire to beyond a reasonable doubt, and willful [having the element

of intent] did use race as grounds to illegally involved Plaintiff usage of a USA Guaranteed right to attack the Black Civil Rights Law Firm of Chestnut, Sanders, Sanders, Pettaway, and Campbell. Then deprive Plaintiff of that same usage against white Defendants. Plaintiff will show, from the beginning of exercising his usage of a U.S. Guaranteed Constitutional Right, the Black Civil Right Law Firm of Chestnut, Sanders, Sanders, Pettaway, and Campbell [who had no connection to Plaintiff cases what so ever] was reference to and attacked repeatedly in mockery by U.S. Judges, Circuit Judges, Clerks, and etc. **Plaintiff further show as a matter of U.S. Law Plaintiff a pro-se litigant, and lack the expertise, or advice of a lawyer have acquired enough legal knowledge to know for the above caption action to be dismiss [on sovereign immunity] was wanton negligence of a legal fact known, or so obvious it should have been known.** Plaintiff further show beyond a reasonable doubt ill training and etc. of U.S. Judges, U.S. Clerks, and Law Enforcer operating in the scope of their employment herein exhibited case no. 3;06cv100/MCR/MD file in the U.S. District Court for the Northern District of Florida Pensacola Division. As a matter of U.S. law; so many Federal, State, County, and City laws was violated by U.S. Judges, U.S. Clerks and Law Enforcer using race as grounds to openly deprive Plaintiff of his U.S. guaranteed Constitutional usage of a right, that sustain beyond a reasonable doubt of clear and convincing evidence to mandate this notice of appeal. Any authority who examine the herein case of Plaintiff Exhibited A and evidence file in U.S. District Court of Pensacola Florida can easily see that Plaintiff [beyond a reasonable doubt] was deprived of his U.S. guaranteed Constitutional rights. See herein exhibit A evidence

of traffic report, tickets issue by Florida Highway Patrol that states Smith cause the automobile accident, had been drinking alcohol and driving, but no sobriety test was given. Evidence of insurance fraud, obstruction of medical treatment, willful negligence, also Florida Hwy Patrol underestimating the damage to car Plaintiff was driving cause by the Smith's [out on their drinking alcohol and driving spree] to minimize the severity of auto accident. See exhibit B millionaire heiress Paris Hilton who was prosecuted to full extent of the law for allegedly drinking and driving even though she did not cause an auto accident. Miss Paris Hilton stated she was being illegally prosecuted for not dating police who illegally stop her repeatedly [under color of law asking her out on dates], who Plaintiff believe Miss Paris Hilton is a victim of the same Fraternal Order of Police terrorism Plaintiff have been victimize by. See other victims exhibit that clearly substantiate Plaintiff claims of U.S. State, County and City Employees operating in the scope of their employment is [ill trained], and present a greater danger to our Country, USA Public good and welfare, our Military, morale, and etc.. For good cause shown this motion is subject to U.S. Law, Federal Rules of Court procedure, and should be granted.

Respectfully demanded

*Philippi Y. Lowe*

P.O. Box 368
Evergreen, AL 36401
334-284-6888

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served by placing same in the U.S. Mail, postage prepaid and properly addressed as follows:

United States Attorney General
Hon. Alberto Gonzales
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

The Law Firm of Chestnut, Sanders,
Sanders, Pettaway, and Campbell
One Union Street
P.O. Box 1290
Selma, AL 36702

United States Dept. of Justice
Civil Rights Division Criminal Section
950 Pennsylvania Ave.
Washington, D.C. 20530

ANUJ VOHRA
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Dept. of Justice
1100 L Street, N.W.
Washington, D.C. 20530

U.S. Secretary of State
Dr. Condoleezza Rice
U.S. Dept. of State
2201 C Street N.W.
Washington, D.C. 20520

House Speaker
Hon. Nancy Pelosi
154 Russell Senate Office Building
Washington, D.C. 20510

United States Court of Federal Claims
717 Madison Place, N.W.
Washington, D.C. 20005

Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL 36104

PHILLIPPI S. LOWE, Pro Se

**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHILLIPPI S. LOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv133-MEF |
| | ) |
| RICHARD & ELOISE SMITH, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On February 17, 2006, the Magistrate Judge filed a Recommendation (Doc # 4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby TRANSFERRED to the United States District Court for the Northern District of Florida pursuant to the provisions of 28 U.S.C. § 1406(a).

Done this the 6th day of March 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE



IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

PHILLIPPI S. LOWE, Pro Se,
    Plaintiffs,

vs.                                    CASE NO.

RICHARD N. SMITH,
ELOISE M. SMITH, and
LILLIAN FRIESON
    Defendants.

## COMPLAINT
### Jurisdiction

The jurisdiction of this Court is involved under diversity of Citizenship 28 U.S.C. section 13:32 in that Richard N. Smith, and Eloise M. Smith lives in another state (Pensacola Florida) also under 28 U.S.C. Section 1343 (3), and 42usc 1983, this being an action authorized by law to deprivation under color of state law, statute, ordinance, regulation, custom or usage of right, privilege, and immunity secured to Plaintiff by the First, Fourth, Fifth and Fourteenth Amendment to the Constitution of the United States.

### Parties

1. Plaintiff, PHILLIPPI S. LOWE, is a resident of Conecuh County, Alabama.

2. Defendant, RICHARD N. SMITH, is a resident of Pensacola Florida.

3. Defendant, ELOISE M. SMITH, is a resident of Pensacola Florida.

4. Defendant, LILLIAN FRIESON, is a resident of Mobile County, Alabama.

## Statement of Facts

5. On or about September 4, 2002, in Escambia County Florida, while traveling on Florida Highway U.S. Alt 90 with Mrs. Frieson, Plaintiff, stopped by a traffic light at the intersection of Pine Forest Road, while waiting for traffic light to change from red to green.

6. Defendant Richard N.(Eloise) Smith was on a drinking alcohol and driving spree, while traveling on Florida Highway U.S. Alt 90 was traveling at a speed which he could not control his vehicle, and hit vehicle driven by Plaintiff in the rear. Plaintiff Phillippi Lowe, paramedics and Florida Highway Patrol notice immediately that Defendant Richard N. Smith was under the influence of alcohol by smell, slurring speech, staggering, and etc. **The Florida Highway Patrol charged Richard (Eloise) Smith with causing the accident (careless driving) only, when it was clear to everyone at the scene that Richard N. Smith was drunk.**

7. Defendant, ELOISE M. SMITH, knowing Richard Smith had been drinking, and knowing that it is against the law, to drink (alcohol) and drive, Mrs. Eloise let Richard Smith drive her insured (USAA) car, which caused a accident

body injuries, medical expense, property damages, un-repairable damages lost to ElecChem space & medical Technology Inc., SEED association, and CFS film & Electronics Inc. Plaintiff Phillippi S. Lowe further allege that he was openly discriminated against by the (all white Officers present at the scene) Pensacola branch of Florida Highway Patrols, because he is a black minority, and from Alabama, the Florida Highway Patrols (after talking to Mr. Smith privately and to aid the white Defendants) the all white Florida Highway Patrol would not administer a sobriety test that would have resulted in Richard N. Smith, and Eloise M. Smith being arrested. The Pensacola branch of the Florida Highway Patrols failure to enforce the traffic laws, because Plaintiff was black, and Defendants was white allowed the law to be broken by the Smith's, could have resulted in the death or injuries to another motorist or even themselves.

8. Defendant, Mrs. Frieson assured Plaintiff Phillippi S Lowe she had a reputable insurance with Alfa, which Plaintiff learn later Alfa is not what Mrs. Frieson said they were, and would not even pay Defendant Mrs. Frieson medical expenses, damages, and lost.

<u>ACTION UNDER 42 u.s.c. 1983</u>
<u>Count 1</u>

9. This action is one at law brought for the Civil and

criminal action of Richard N. Smith, and Eloise M. Smith drinking alcohol and driving spree, causing accident bodily injuries, property damages, medical expenses, Inc./ Association lost etc. and to redress the deprivation under color of statute, ordinance, regulation custom or usage of a right, privilege, immunity secured to the Plaintiff by the Fifth, and Fourteenth Amendment to the Constitution of the United States.

10. Plaintiff incorporates by reference Paragraphs 1 through 8 above and re-alleges the same as it fully and completely set out herein.

11. Plaintiff alleges his right by the Fifth and Fourteenth Amendments, and his right to receive due process and equal protection of the law as provided by the Fifth and Fourteenth Amendment of the U.S. Constitution, have been violated by Defendants. **Evidences marked exhibit A B C.**

WHEREFORE, Plaintiff demands judgment against the Defendants in the sum of SEVENTY FIVE THOUSAND DOLLARS ($75,000.00) each, medical expense, pain, punitive, property damages the felonies, torts, civil, and criminal action committed by Richard N. Smith, and Eloise M. Smith, interest the cost of this action, and reasonable attorney fees as provided for by statute.

JURY DEMAND

Plaintiff respectfully demand a trial by jury.

Respectfully submitted

*[signature]*

Phillipp S. Lowe, et al.
P.O. Box 368
Evergreen, Alabama 36401
(334) 284-6888

Defendants may be served as follows:

Mr. Richard N. Smith
3237 Tallship Lane
Pensacola, Florida 32526

Mrs. Eloise M. Smith
3237 Tallship Lane
Pensacola, FL. 32526

Mrs. Lillian Frieson
P.O. Box 794
Monroeville, AL. 36461

SERVICE NOTICE ACCORDING TO LAW

Secretary of State
Glenda Hood
R.A. Gray Building
500 South Bronough Street
Tallahassee, Fla. 32399

INCORPORATION COURTESY INCORPORATION NOTICE

USAA Insurance Company
P.O. Box 659461
San Antonio, TX 78265

ALFA Insurance Co.
4915 Carmicael Rd.
Montgomery, AL 36106

# FLORIDA TRAFFIC CRASH REPORT
## LONG FORM
MAIL TO: DEPT. OF HIGHWAY SAFETY & MOTOR VEHICLES, TRAFFIC CRASH RECORDS, NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0537

**DO NOT WRITE IN THIS SPACE**

### Time & Location

| Field | Value |
|---|---|
| DATE OF CRASH | 09/04/02 |
| TIME OF CRASH | 8:19 PM |
| TIME OFFICER NOTIFIED | 8:21 PM |
| TIME OFFICER ARRIVED | 8:29 PM |
| INVEST. AGENCY REPORT NUMBER | 02-39-13353-09 |
| HSMV CRASH REPORT NUMBER | 71147966 |
| COUNTY / CITY CODE | 09-00 |
| FEET or MILE(S) | 7 |
| Direction | W |
| CITY OR TOWN | Pensacola |
| COUNTY | Escambia |
| NO. OF LANES | 2 |
| DIVIDED/UNDIVIDED | 2. Undivided |
| ON STREET, ROAD OR HIGHWAY | U.S. Alt 90 (S.R. 10) |
| FEET | 1000 |
| Direction | W |
| FROM INTERSECTION OF | Pine Forest Road (Pine Forest Road) |

### Section 1 - Vehicle

- DRIVER ACTION: 3
- YEAR: 01
- MAKE: MERC
- TYPE: 01
- USE: 01
- VEH. LICENSE NUMBER: HD796T
- STATE: FL
- VEHICLE IDENTIFICATION NUMBER: 1MEFM53U11AG05357
- VEHICLE TRAVELLING: W on U.S. Alt 90
- Est MPH: 15
- Posted Speed: 45
- EST. VEHICLE DAMAGE: 50.00
- Disabling/Functional: 2
- DAMAGE AND CIRCLE DAMAGED AREA(S): 1
- MOTOR VEHICLE INSURANCE COMPANY: U.S.A.A.
- POLICY NUMBER: 0013885 31C 7105 4
- VEHICLE REMOVED BY: (blank)
- Tow: 3
- NAME OF DRIVER: Richard Neal Smith
- CURRENT ADDRESS: 3537 Tallship Lane
- CITY, STATE & ZIP: Pensacola, FL 32526
- DATE OF BIRTH: 04-08-36
- DRIVER LICENSE NUMBER: S530-754-36-128
- STATE: FL
- DL TYPE: 5
- REQ. END: 3
- ALC/DRUG TEST TYPE: 5
- RESULTS: (check)
- ALC/DRUG: 5
- PHYS. DEF.: 1
- RES.: 1
- RACE: 1
- SEX: 1
- INJ.: 3
- S. EQUIP.: 2
- EJECT.: 1
- HAZARDOUS MATERIALS: 2
- PLACARDED: 2
- WAS HAZARDOUS MATERIAL SPILLED: 2
- RECOMMEND DRIVER RE-EXAM: 2
- DRIVER'S PHONE NO.: (850) 458-5622

### Section 2 - Vehicle

- DRIVER ACTION: 3
- YEAR: 02
- MAKE: SATURN
- TYPE: 01
- USE: 01
- VEH. LICENSE NUMBER: CD2528
- STATE: AL
- VEHICLE IDENTIFICATION NUMBER: 1G8ZH528652133648
- VEHICLE TRAVELLING: W on U.S. Alt 90
- Est MPH: 0
- Posted Speed: 45
- EST. VEHICLE DAMAGE: 250.00
- Disabling/Functional: 2
- DAMAGE AND CIRCLE DAMAGED AREA(S): 8
- MOTOR VEHICLE INSURANCE COMPANY: Alfa Mutual
- POLICY NUMBER: A2143645
- VEHICLE REMOVED BY: Owner
- Tow: 4
- NAME OF VEHICLE OWNER: Lillian Ericson
- CURRENT ADDRESS: P.O. Box 2612
- CITY AND STATE: Mobile, AL 36652
- NAME OF DRIVER: Phillippi Sulter Lowe
- CURRENT ADDRESS: 109 S. Shipp Street
- CITY, STATE & ZIP: Evergreen, AL 36401
- DATE OF BIRTH: 02-06-51
- DRIVER LICENSE NUMBER: 2991683
- STATE: AL
- DL TYPE: 5
- REQ. END: 3
- ALC/DRUG TEST TYPE: 5
- RESULTS: (check)
- ALC/DRUG: 1
- PHYS. DEF.: 1
- RES.: 3
- RACE: 2
- SEX: 1
- INJ.: 3
- S. EQUIP.: 2
- EJECT.: 1
- WAS HAZARDOUS MATERIAL BEING TRANSPORTED: 2
- PLACARDED: 0
- DRIVER'S PHONE NO.: (251) 578-4617

### Code Information

| VEHICLE TYPE | VEHICLE USE | TRAILER TYPE | RESIDENCE (Driver/Ped.) | PHYSICAL DEFECTS | ALCOHOL / DRUG USE | LOCATION IN VEHICLE |
|---|---|---|---|---|---|---|
| 01 Automobile | 01 Private Transportation | 01 Single Semi Trailer | 1 County of Crash | 1 No Defects Known | 1 Not Drinking or Using Drugs | 1 Front Left |
| 02 Van | 02 Commercial Passengers | 02 Tandem Semi Trailer | 2 Elsewhere in State | 2 Eyesight Defect | 2 Alcohol - Under Influence | 2 Front Center |
| 03 Light Truck / P.U.- 2 or 4 rear tires | 03 Commercial Cargo | 03 Tank Trailer | 3 Non-Resident Out of State | 3 Fatigue / Asleep | 3 Drugs - Under Influence | 3 Front Right |
| 04 Medium Truck - 4 rear tires | 04 Public Transportation | 04 Saddle Mount / Flatbed | 4 Foreign   5 Unknown | 4 Hearing Defect | 4 Alcohol & Drugs - Under Influence | 4 Rear Left |
| 05 Heavy Truck - 2 or more rear axles | 05 Public School Bus | 05 Boat Trailer | DL TYPE   RACE | 5 Illness | 5 Had Been Drinking | 5 Rear Center |
| 06 Truck Tractor (Cab-Bobtail) | 06 Private School Bus | 06 Utility Trailer | 1 A  2 B  3 C  1 White | 6 Seizure, Epilepsy, Blackout | 6 Pending ALC/DRUG Test Results | 6 Rear Right |
| 07 Motor Home (RV) | 07 Ambulance | 07 House Trailer | 4 D/ Chauffeur  2 Black | 7 Other Physical Defect | | 7 In Body Of Truck |
| 08 Bus (driver + seats for 9-15) | 08 Law Enforcement | 08 Pole Trailer | 5 E/ Operator  3 Hispanic | INJURY SEVERITY | SAFETY EQUIPMENT IN USE | 8 Bus Passenger |
| 09 Bus (driver + seats for over 15) | 09 Fire / Rescue | 09 Towed Vehicle | 6 E/ Oper.-Rest.  4 Other | 1 None | 1 Not In use | 9 Other |
| 10 Bicycle | 10 Military | 10 Auto Transport | 7 None | 2 Possible | 2 Seat Belt / Shoulder Harness | |
| 11 Motorcycle | 11 Other Government | 77 Other | REQUIRED ENDORSEMENTS   SEX | 3 Non-Incapacitating | 3 Child Restraint | |
| 12 Moped | 12 Dump | | 1 Male | 4 Incapacitating | 4 Air Bag - Deployed | |
| 13 All Terrain Vehicle | 13 Concrete Mixer | | 1 Yes   2 Female | 5 Fatal (Within 30 Days) | 5 Air Bag - Not Deployed | EJECTED |
| 14 Train | 14 Garbage or Refuse | | 2 No | 6 Non-Traffic Fatality | 6 Safety Helmet | 1 No |
| 15 Low Speed Vehicle | 15 Cargo Van | | 3 No Endorsement Required | | 7 Eye Protection | 2 Yes |
| 77 Other | 77 Other | | | | | 3 Partial |

11

## Section 3 — Vehicle / Pedestrian

| DRIVER ACTION | 1. Phantom  2. Hit & Run  3. N/A | YEAR | MAKE | TYPE | USE | VEH. LICENSE NUMBER | STATE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|---|---|---|---|---|

Damage diagram boxes: 2 | 3 | 4 | 5 | 7 | 18. Undercarriage / 19. Overturn / 20. Windshield / 21. Trailer — SHOW FIRST POINT OF VEHICLE DAMAGE AND CIRCLE DAMAGED AREA(S) — 1 / 15 / 16 / 17 / 8 — 14 / 13 / 12 / 11 / 10 / 9

TRAILER OR TOWED VEHICLE INFORMATION | TRAILER TYPE

VEHICLE TRAVELLING  N S E W    ON    AT    Est. MPH    Posted Speed    EST. VEHICLE DAMAGE    1. Disabling 2. Functional 3. No Damage    EST. TRAILER DAMAGE

MOTOR VEHICLE INSURANCE COMPANY (LIABILITY OR PIP)    POLICY NUMBER    VEHICLE REMOVED BY: 1. Tow Rotation List  2. Tow Owner's Request  3. Driver  4. Other

NAME OF VEHICLE OWNER (Check Box If Same As Driver) □    CURRENT ADDRESS (Number and Street)    CITY AND STATE    ZIP CODE

NAME OF OWNER (Trailer or Towed Vehicle)    CURRENT ADDRESS    CITY AND STATE    ZIP CODE

NAME OF MOTOR CARRIER (Commercial Vehicle Only)    CURRENT ADDRESS    CITY, STATE AND ZIP CODE    US DOT or ICC MC IDENTIFICATION NUMBERS

NAME OF DRIVER (Take From Driver License) / PEDESTRIAN    CURRENT ADDRESS (Number and Street)    CITY, STATE & ZIP CODE    DATE OF BIRTH

DRIVER LICENSE NUMBER | STATE | DL TYPE | REQ. END. | ALC/DRUG TEST TYPE  1 Blood 3 Urine 5 None  2 Breath 4 Refused | RESULTS | ALC/DRUG | PHYS.DEF. | RES. | RACE | SEX | INJ. | S. EQUIP. | EJECT.

HAZARDOUS MATERIALS BEING TRANSPORTED  1 Yes 2 No | PLACARDED  1 Yes 2 No | IF YES, INDICATE NAME OR 4 DIGIT NUMBER FROM DIAMOND OR BOX ON PLACARD, AND 1 DIGIT NUMBER FROM BOTTOM OF DIAMOND | WAS HAZARDOUS MATERIAL SPILLED?  1 Yes 2 No | RECOMMEND DRIVER RE-EXAM, IF YES EXPLAIN IN NARRATIVE  1 Yes 2 No | DRIVER'S PHONE NO. (  )

#1 PROPERTY DAMAGED - OTHER THAN VEHICLES | EST. AMOUNT $ | OWNER'S NAME | ADDRESS | CITY | STATE | ZIP

#2 PROPERTY DAMAGED - OTHER THAN VEHICLES | EST. AMOUNT $ | OWNER'S NAME | ADDRESS | CITY | STATE | ZIP

---

**CONTRIBUTING CAUSES - DRIVER / PEDESTRIAN**  [1]=02  [2]=01  [3]=
01 No Improper Driving / Action
02 Careless Driving (Explain In Narrative)
03 Failed To Yield Right-of-Way
04 Improper Backing
05 Improper Lane Change
06 Improper Turn
07 Alcohol - Under Influence
08 Drugs - Under Influence
09 Alcohol & Drugs - Under Influence
10 Followed Too Closely
11 Disregarded Traffic Signal
12 Exceeded Safe Speed Limit
13 Disregarded Stop Sign
14 Failed To Maintain Equip. / Vehicle
15 Improper Passing
16 Drove Left of Center
17 Exceeded Stated Speed Limit
18 Obstructing Traffic
19 Improper Load
20 Disregarded Other Traffic Control
21 Driving Wrong Side / Way
22 Fleeing Police
23 Vehicle Modified
24 Driver Distraction (Explain In Narrative)
77 All Other (Explain In Narrative)

**VEHICLE DEFECT**  [1]=01  [2]=01  [3]=
01 No Defects
02 Def. Brakes
03 Worn / Smooth Tires
04 Defective / Improper Lights
05 Puncture / Blowout
06 Steering Mech.
07 Windshield Wipers
08 Equipment / Vehicle Defect
77 All Other (Explain In Narrative)

**POINT OF COLLISION**  [1]=01  [2]=01  [3]=
01 On Road
02 Not On Road
03 Shoulder
04 Median
05 Turn Lane

**WORK AREA**  [1]=01  [2]=01  [3]=
01 None
02 Nearby
03 Entered

**VEHICLE MOVEMENT**  [1]=01  [2]=02  [3]=
01 Straight Ahead
02 Slowing / Stopped / Stalled
03 Making Left Turn
04 Backing
05 Making Right Turn
06 Changing Lanes
07 Entering / Leaving / Parking Space
08 Properly Parked
09 Improperly Parked
10 Making U-Turn
11 Passing
12 Driverless or Runaway Vehicle
77 All Other (Explain In Narrative)

**PEDESTRIAN ACTION**
01 Crossing Not at Intersection
02 Crossing at Mid-block Crosswalk
03 Crossing at Intersection
04 Walking Along Road With Traffic
05 Walking Along Road Against Traffic
06 Working on Vehicle In Road
07 Working In Road
08 Standing/Playing In Road
09 Standing In Pedestrian Island
77 All Other (Explain In Narrative)
88 Unknown

**VEHICLE SPECIAL FUNCTIONS**  [1]=1  [2]=1  [3]=
1 None
2 Farm
3 Police Pursuit
4 Recreational
5 Emergency Operation
6 Construction / Maintenance

**SOURCE OF CARRIER INFORMATION**
1 Not Applicable
2 Shipping Papers
3 Vehicle Side
4 Driver
5 Other

**LOCATION TYPE** = 1
1 Primarily Business
2 Primarily Residential
3 Open Country

---

**FIRST / SUBSEQUENT HARMFUL EVENT(S)**  [1]=01  [2]=  [3]=
01 Collision With MV in Transport (Rear End)
02 Collision With MV in Transport (Head On)
03 Collision With MV in Transport (Angle)
04 Collision With MV in Transport (Left Turn)
05 Collision With MV in Transport (Right Turn)
06 Collision With MV in Transport (Sideswipe)
07 Collision With MV in Transport (Backed Into)
08 Collision With Parked Car
09 Collision With MV on Roadway
10 Collision With Pedestrian
11 Collision With Bicycle
12 Collision With Bicycle (Bike Lane)
13 Collision With Moped
14 Collision With Train
15 Collision With Animal
16 MV Hit Sign / Sign Post
17 MV Hit Utility Pole / Light Pole
18 MV Hit Guardrail
19 MV Hit Fence
20 MV Hit Concrete Barrier Wall
21 MV Hit Bridge/Pier/Abutment/Rail
22 MV Hit Tree / Shrubbery
23 Collision With Construction Barricade Sign
24 Collision With Traffic Gate
25 Collision With Crash Attenuators
26 Collision With Fixed Object Above Road
27 MV Hit Other Fixed Object
28 Collision With Moveable Object On Road
29 MV Ran Into Ditch/Culvert
30 Ran Off Road Into Water
31 Overturned
32 Occupant Fell From Vehicle
33 Tractor/Trailer Jackknifed
34 Fire
35 Explosion
36 Downhill Runaway
37 Cargo Loss or Shift
38 Separation of Units
39 Median Crossover
77 All Other (Explain In Narrative)

**ROAD SYSTEM IDENTIFIER** = 02
01 Interstate
02 U.S.
03 State
04 County
05 Local
06 Turnpike / Toll
07 Forest Road
08 Private Roadway
77 All Other (Explain In Narrative)

**LIGHTING CONDITION** = 05
01 Daylight
02 Dusk
03 Dawn
04 Dark (Street Light)
05 Dark (No Street Light)
88 Unknown

**ROAD SURFACE CONDITION** = 01
01 Dry
02 Wet
03 Slippery
04 Icy
77 All Other (Explain In Narrative)

**WEATHER** = 01
01 Clear
02 Cloudy
03 Rain
04 Fog
77 All Other (Explain In Narrative)

**ROAD SURFACE TYPE** = 02
01 Slag/Gravel/Stone
02 Blacktop
03 Brick/Block
04 Concrete
05 Dirt
77 All Other (Explain In Narrative)

---

**ROAD CONDITIONS AT TIME OF CRASH** = 01
01 No Defects
02 Obstruction With Warning
03 Obstruction Without Warning
04 Road Under Repair / Construction
05 Loose Surface Materials
06 Shoulders - Soft / Low / High
07 Holes / Ruts / Unsafe Paved Edge
08 Standing Water
09 Worn / Polished Road Surface
77 All Other (Explain In Narrative)

**VISION OBSTRUCTED** = 01
01 Vision Not Obscured
02 Inclement Weather
03 Parked / Stopped Vehicle
04 Trees / Crops / Bushes
05 Load On Vehicle
06 Building / Fixed Object
07 Signs / Billboards
08 Fog
09 Smoke
10 Glare
77 All Other (Explain In Narrative)

**TRAFFIC CONTROL** = 05
01 No Control
02 Special Speed Zone
03 Speed Control Sign
04 School Zone
05 Traffic Signal
06 Stop Sign
07 Yield Sign
08 Flashing Light
09 Railroad Signal
10 Officer / Guard / Flagperson
11 Posted No U-Turn
12 No Passing Zone
77 All Other (Explain In Narrative)

**SITE LOCATION** = 03
01 Not At Intersection / RR X-ing / Bridge
02 At Intersection
03 Influenced By Intersection
04 Driveway Access
05 Railroad
06 Bridge
07 Entrance Ramp
08 Exit Ramp
09 Parking Lot - Public
10 Parking Lot - Private
11 Private Property
12 Toll Booth
13 Public Bus Stop Zone
77 All Other (Explain In Narrative)

**TRAFFICWAY CHARACTER** = 01
01 Straight - Level
02 Straight - Upgrade / Downgrade
03 Curve - Level
04 Curve - Upgrade / Downgrade

**TYPE SHOULDER** = 02
01 Paved
02 Unpaved
03 Curb

---

**Violator(s)**

| SECTION # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|
| 1 | Richard Smith | 316.1925 | Careless Driving | 5880 BSN |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |

# FLORIDA TRAFFIC CRASH REPORT NARRATIVE/DIAGRAM

MAIL TO: DEPARTMENT OF HIGHWAY SAFETY & MOTOR VEHICLES, TRAFFIC CRASH RECORDS SECTION, NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0500

**DO NOT WRITE IN THIS SPACE**

| TIME EMS NOTIFIED (FATALITIES ONLY) | TIME EMS ARRIVED (FATALITIES ONLY) | DATE OF CRASH | COUNTY / CITY CODE | INVEST. AGENCY REPORT NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|---|
| AM PM | AM PM | 09/04/02 | 09-00 | 02-39-13353-09 | 7114 7966 |

**(NARRATIVE)**

Veh.#2 traveling east on U.S. Alt 90, stopped due to heavy traffic ahead. Veh.#1 traveling east, and approaching Veh.#2 from the rear, failed to stop before colliding with Veh.#2. Veh.#1's front struck Veh.#2's rear.

| SEC# | PASS# | PASSENGER'S NAME | CURRENT ADDRESS | CITY & STATE | ZIP CODE | DATE OF BIRTH | RACE | SEX | LOC | INJ | S. EQUIP. | EJECT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Eloise Smith | 3537 Tallship Lane | Pensacola FL | 36526 | 02-15-47 | W | F | 3 | 1 | 2 | 1 |
| 2 | 1 | Lillian Frieson | P.O. Box 3612 | Mobile AL | 36652 | 02-16-51 | B | F | 3 | 1 | 2 | 1 |

| Violator(s) | SECTION # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

WITNESS NAME (1): None

FIRST AID GIVEN BY - NAME: Escambia EMS — 2. Paramedic or EMT
INJURED TAKEN TO: West Florida Hosp.
BY - NAME: Esc. Co. E.M.S.

WAS INVESTIGATION MADE AT SCENE? 1. YES
IS INVESTIGATION COMPLETE? 1. YES
DATE OF REPORT: 09/04/02
PHOTOS TAKEN: 2. NO

INVESTIGATOR - RANK & SIGNATURE: Tr. M. Pistaro
ID/BADGE NUMBER: 0944-0851
FHP: X

HSMV-90005 (Rev. 1/02)   Page 3 of 4

DIAGRAM


INDICATE NORTH WITH ARROW



U.S. Alt 90

Page 4 of 4

>> Search: [                    ]   Powered By: Google

Home > Entertainment

>> **Entertainment**
>> **Movies**
>> **Music**
>> **TV**
<< **Back to Home**

### Entertainment News

Hilton Annoyed by Amorous Cops

Published: 5/10/07, 6:01 PM EDT
Author WENN

Paris Hilton won't be winning many police friends when the new issue of style magazine Harper's Bazaar hits newsstands later this month - she claims cops pull her over just to ask her out.

The socialite, who was sentenced to 45 days in prison on Friday for driving with a suspended license, suffers a case of terrible timing thanks to a damning article in June's publication.

She says, "I think I get in more trouble because of who I am. The cops do it all the time. They'll just pull me over to hit on me. It's really annoying.

"They're like, 'What's your phone number? Want to go to dinner.' They won't even give me a ticket."

That wasn't the case when she was pulled over for driving with a suspended license in February.




**Photo:**

Paris Hilton leaves the Los Angeles Municipal Court Metropolitan branch with her f May 4, 2007, in Los Angeles. Hilton's lawyers have taken the first step to appeal he after the 26-year-old socialite was ordered by a judge on Friday to report to a coun violating the terms of her probation in an alcohol-related reckless driving case.(AP Dovarganes)

Back to article

**Related Story:** Paris Hilton May Not Serve Full Sentence

**Image Gallery**

 

# Siegelman, Scrushy in sentencing phase

## Prosecutors seeking long prison terms

**Former Gov. Don Siegelman talks on a cell phone Tuesday** during a break in the sentencing phase of his federal corruption trial in Montgomery. Prosecutors are seeking a 30-year sentence for Siegelman and 25 years for Richard Scrushy, who was convicted along with him.



# Mental patient shot by deputy

▶ Sheriff says 35-year man armed with butc knife charged deputie

**By SUSAN DAKER**
Staff Reporter

A 35-year-old man was sho Tuesday morning in Prichar tried to flee sheriff's deputie were attempting to take him il commitment hearing, auth said.

Jeffrey Powe, who has a hi mental illness, was taken to ty of South Alabama Medical and was expected to survive shot wounds, said Mobile Cc Sheriff Sam Cochran.

Mobile County District Att John Tyson Jr. said he was c that the shooting was justifie

Powe had been living behi family's business on Craft Hi in Prichard when sheriff's de arrived about 7 a.m. Tuesday him to court, Cochran said.

Powe charged sheriff's de with a butcher knife, Cochra

A deputy fired two rounds but missed, and Powe ran aw Cochran said.

Less than an hour later, sh deputies found Powe and sh

Please see *Officials*

# Three yea in prison, on probati

▶ Judge orders unusu sentence in attemptec

**By GARY McELROY**
Staff Reporter

RECEIVED

2007 JUL -4 P 9:27

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MOTION NOTICE OF APPEAL
(DETAILS HEREIN)

MOTION CORRUPT U.S. JUDGES, CLERKS, AND POLICE USE RACE, OR POLITICAL AFFILIATE AS GROUNDS TO VIOLATE THE ADMINISTRATIVE PROCEDURE ACT [APA] OF 1946 AND COMMIT U.S. FEDERAL STATUTE VIOLATION THAT CAUSE THE DEATH OF MORE INNOCENT AMERICAN ON PUBLIC HIGHWAYS, CAUSE THE DEATH OF MORE U.S. SOLDIERS ON THE BATTLE FIELDS OF IRAQ, TO ATTACK CERTAIN POLITICIAN, RICH, POOR, BLACK, WHITE, OR ETC. TO ILLEGAL CONTINUE THE SELF DESTRUCTION OF OUR COUNTRY THE U.S.A. FROM WITHIN AS WAS PREDICTED BY COMMUNIST CHINA DECADES AGO.

*[signature]*
AUTHORIZED VETERAN SIGNATURE

CTBC QUORUM 7 SEAL

Article 1:  CTBC is not a employable committee.