IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RECEIVED

No. 07-13221-J

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

SEP 0 6 2007

THOMAS K. KAHN
CLERK

PHILLIPPI S. LOWE,

                            Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA,

                            Defendant-Appellee.

---

Appeal from the United States District Court for the

Middle District Of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 6th day of September, 2007.

                            THOMAS K. KAHN
                            Clerk of the United States Court
                            of Appeals for the Eleventh Circuit

                            By: Deborah Hall
                                Deputy Clerk

                            FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

ORD-40

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

September 06, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-13221-J**
Case Style: Phillippi S. Lowe v. USA
District Court Number: 07-00450 CV-D-N

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall (404) 335-6189

Encl.

DIS-2 (03-2005)