# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

RECEIVED
2007 SEP 17 A 10:54
DEBRA P. HACKETT, C
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

September 12, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 Lee Street, Suite 206
Montgomery, AL 36104-4055

Appeal No. : 07-13221-J
Case Style: Phillippi S. Lowe v. USA
District Court Number: 07-00450 CV-D-N

-----------------------------------------------------------

The referenced appeal was dismissed September 6, 2007.

This appeal has been clerically reinstated in light of receipt of appellant's Motion for Permission to Appeal In Forma Pauperis.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall /scw (404)335-6189