IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-13221-J

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 3 0 2007

THOMAS K. KAHN
CLERK

PHILLIPPI S. LOWE,

Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA,

Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. See Pace v. Evans, 709 F.2d 1428 (11th Cir. 1983).

/s/ Gerald B. Tjoflat
UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 30, 2007

Phillippi S. Lowe
PO BOX 368
EVERGREEN AL 36401-0368

**Appeal Number: 07-13221-J**
Case Style: Phillippi S. Lowe v. USA
District Court Number: 07-00450 CV-D-N ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice unless you pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall (404) 335-6189
(1 Vol. Original Papers Returned to DC)

MOT-2 (06-2007)

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

October 30, 2007

**Appeal Number: 07-13221-J**
Case Style: Phillippi S. Lowe v. USA
District Court Number: 07-00450 CV-D-N ()

TO:   Phillippi S. Lowe

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   Administrative File